IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MIRIAM BAH and THIERNO SOW,

        Plaintiffs,

v.

MARK LITTLE, a Fulton County Marshall, MARK BLACKWOOD, a US Marshall, CRAIG FRIES, an ATF agent, CLAY CLEVELAND, a US Marshall, JEFF STEVENS, an ICE agent, CHIP ATCHLEY, GA Pardons & Parole Agent, and DUSTIN DAVIS, a Fulton County Marshall, all as Individuals,

        Defendants.

1:13-cv-2571-WSD

## OPINION AND ORDER

This matter is before the Court on Defendants Mark Little's, Mark Blackwood's, Craig Fries', Clay Cleveland's, Jeff Stevens', and Chip Atchley's (together, the "Defendants") Unopposed Motion to Stay Summary Judgment Briefing [40] (the "Motion").

On December 12, 2014, Defendants Mark Blackwood, Craig Fries, Clay Cleveland, Jeff Stevens, and Chip Atchley (together, the "Movants") filed their Motion to Dismiss [25] (the "Motion to Dismiss"), and, on December 24, 2014,

Plaintiffs Miriam Bah and Thierno Sow (together, the "Plaintiffs") filed their Motion for Leave to File Amended Complaint [27] (the "Motion for Leave"). The deadline to complete discovery in this action expired on April 2, 2015. The deadline to move for summary judgment is set for May 5, 2015.

On April 8, 2015, the Defendants filed their Motion, requesting that the deadline to move for summary judgment be continued to thirty (30) days after the Court rules on the pending Motion to Dismiss and Motion to Amend Complaint. The Motion is unopposed.

Because discovery has concluded in this case, and Movants' Motion to Dismiss and Plaintiffs' Motion to Amend Complaint are pending, the Court concludes that Defendants' request is reasonable, and will avoid Movants from expending time and resources moving for summary judgment until the Motion to Dismiss is decided.

Accordingly, for the foregoing reasons,

**IT IS HEREBY ORDERED** that Defendants Unopposed Motion to Stay Summary Judgment Briefing [40] is **GRANTED**. The parties shall have up to and including thirty (30) days after the Court enters an order on Plaintiffs' Motion for Leave to File Amended Complaint [27] and Movants' Motion to Dismiss [25], to file motions for summary judgment.

**SO ORDERED** this 30th day of April, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE